STATE OF OHIO            )
                         ) SS:
COUNTY OF SUMMIT         )

**UNITED STATES POSTAL INSPECTION SERVICE**        5:20mj1141

I, MARC A. KUDLEY, DO HEREBY DEPOSE AND SAY:

1. I am a United States Postal Inspector and have been so employed since May 2012, presently assigned at the U.S. Postal Inspection Service (USPIS) Cleveland, Ohio Field Office to the Contraband Interdictions and Investigations Group, which strives to protect the U.S. Mail from dangerous drugs and illegal contraband, specifically illicit drugs and firearms.  I have received training in the detection and investigation of drug trafficking.  I have worked drug trafficking investigations involving the U.S. Mails since August 2012, during which time I have been involved in narcotics investigations leading to prosecution in U.S. District Court, as well as state courts.

2. I know based on training and experience that U.S. Mail is often used by narcotic traffickers to transport controlled substances.  I know from my training and experience that the Priority Mail Express system is commonly used to transport controlled substances because Priority Mail Express provides traceability, reliability, and timely delivery. The guaranteed delivery timeframe of approximately one day for Priority Mail Express places time pressures on law enforcement agents to identify, search, and deliver these drug parcels in a timely manner.

3. On April 22, 2020, while reviewing U.S. Postal Service databases, I identified U.S. Postal Service Priority Mail Express parcel bearing tracking number EJ052701560US, addressed to Cindy White, 2281 11th St SW, Akron, OH 44314, with a return address of Mike White, 9009 W Monte Vista Rd, Phoenix, AZ 85037 (hereinafter "USPS parcel EJ052701560US").

4. On April 22, 2020, I took custody of USPS parcel EJ052701560US at the Akron, OH Main Post Office and transported it to the USPIS office located at the Akron, OH Main Post Office for further investigation.  USPS parcel EJ052701560US is described as white Priority Mail Express Flat Rate Envelope measuring approximately 12.5" X 9.5" in size and weighing approximately five ounces.  I identified this as a suspect drug parcel based on several characteristics, including but not limited to type of mail, origin, destination, and size.

5. USPS parcel EJ052701560US was mailed on April 21, 2020 from the Peoria, AZ 85345 Post Office and bore $26.35 in U.S. Postage.  Your affiant knows Arizona has historically been a source area for mailed controlled substances into Northern Ohio.

6. I made inquiries with CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information, concerning the delivery address of 2281 11th St SW, Akron, OH 44314, and was unable to associate an individual with the name Cindy White at the address.

7. I also made inquiries with CLEAR concerning the return address of 9009 W Monte Vista Rd, Phoenix, AZ 85037 and was unable to associate an individual with the name Mike White at the address.

8. I know based on training and experience, that individuals using the U. S. Mails for the purpose of transporting controlled substances will often place fictitious address, name and/or phone number information, different variations of their names, or no names at all on these parcels, to conceal their true identities from law enforcement should the parcel be seized.

9. On April 22, 2020 at the USPIS office at the Akron, OH Main Post Office, USPS parcel EJ052701560US was placed into a lineup containing several blank parcels and envelopes which emanated no narcotics odors. Narcotic detection canine "Cruiser", handled by Detective Carney was allowed to examine the lineup.  According to Detective Carney, Cruiser gave a positive alert on USPS parcel EJ052701560US and none of the blank parcels or envelopes.  According to Detective Carney, this positive alert meant Cruiser detected the odor of an illegal drug emanating from USPS parcel EJ052701560US.

10. Detective Carney has been State Certified as a Narcotics Canine handler and he and narcotics canine Cruiser have worked together since 2010. Detective Carney and canine Cruiser were both certified in September of 2019 by the Ohio Peace Officers Training Academy (OPOTA) as a specialty purpose K-9 team, narcotic detection.  During this time, Cruiser was trained and certified to alert to the presence of the odors from marijuana, cocaine, heroin, methamphetamine and their derivatives. Detective Carney has been trained how to handle a detector K-9 and read their alerts.  According to Detective Carney, Cruiser is a reliable K-9 assist unit.

11. I know based on training and experience that individuals who regularly handle controlled substances often leave the scent of controlled substances, which narcotic canines are trained to indicate alert, on the box, contents of the box, and/or other packaging material they handle.

12. Based on the information contained herein, your Affiant maintains there is probable cause to believe that U.S. Postal Service Priority Mail Express parcel bearing tracking number EJ052701560US, addressed to Cindy White, 2281 11th St SW, Akron, OH 44314, with a return address of Mike White, 9009 W Monte Vista Rd, Phoenix, AZ 85037, contains controlled substances, and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

MARC A. KUDLEY
POSTAL INSPECTOR

This affidavit was sworn to by the affiant, who did no more than attest to its contents pursuant to Crim. R. 4.1 (b)(2)(A), by telephone after a PDF was transmitted by email, per Crim R. 4.1 THIS 22nd DAY of APRIL 2020.

Kathleen B. Burke, U.S. Magistrate Judge